IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**KEVIN DAVIS, on behalf of himself and all others similarly situated,**

        Plaintiff,

-v-

**CLIQ PRODUCTS INC.,**

        Defendant.

Civil Case Number: 1:21-cv-06283-LGS

## ~~[PROPOSED]~~ DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 14, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-06283-LGS**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** <u>15th</u> **day of February 2022.**

The Clerk of Court is respectfully directed to close the case.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**